**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1293

LAMAR IRONHORSE,

Plaintiff - Appellant,

and

A.I., a minor child,

Plaintiff,

v.

TERRY B. STOMEL, Individually; ADLER AND STOMEL, a Public Corporation,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Dever III, District Judge. (7:21-cv-00027-D)

Submitted: September 8, 2022                    Decided: September 12, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lamar IronHorse, Appellant Pro Se.  John Thomas Crook, BAILEY & DIXON, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamar Ironhorse appeals the district court's order granting Defendants' motion to dismiss and dismissing his complaint without prejudice for lack of personal jurisdiction and for failure to state a claim, as well as numerous nondispositive orders. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Ironhorse v. Stomel*, No. 7:21-cv-00027-D (E.D.N.C. Mar. 3, 2021; June 11, 2021; July 1, 2021; Sept. 16, 2021; Jan. 19, 2022; Feb. 17, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
